CHARLES A. JONES ESQ. {SBN 224915}
KELLY MCINERNEY ESQ. {SBN 200017}
JONES LAW FIRM
9585 Prototype Court, Suite B
Reno, Nevada 89521
Telephone: (775) 853-6440
Facsimile:  (775) 853-6445
caj@cjoneslawfirm.com
kelly@cjoneslawfirm.com

Attorneys for Plaintiff, individually, and on behalf of others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIGHETTI, on behalf of herself and all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>TeleQuery.Net, Inc. and Jerome Gilels<br><br>Defendants | Case No.: 3:15-cv-02243-CRB<br>Dept. No. 6<br><br>REQUEST FOR A CONTINUANCE OF CURRENT CASE MANAGEMENT CONFERENCE<br><br>Date: December 18, 2015<br>Time: 8:30 a.m. |

Plaintiff, MICHAEL RIGHETTI, by and through his counsel of record, hereby submits his request for a Continuance of the Case Management Conference currently set for December 18, 2015.

1

## I. FACTS AND PROCEDURAL HISTORY

1. On May 19, 2015, Plaintiff filed his initial Complaint in this action alleging violations of the Telephone Consumer Protection Act ("TCPA") 47 U.S.C. §227. See, Docket Number ("DN") 1. Plaintiff alleges that Defendant violated the TCPA by sending him a text message to his cellular phone without his express consent to do so. The making of such spam text messages to cellular telephones without the recipients' consent violates 47 U.S.C. § 227(b)(1)(A)(iii). This case is filed as a class action on behalf of the following proposed class:

> All persons in the United States or its territories who, within the last four years, received a text message on their cellular phone, which was made by or caused to be made by Defendants, using an automatic telephone dialing system.

Pursuant to 47 U.S.C. § 227(b)(3), Plaintiff seeks statutory damages on behalf of himself and the proposed class in the amount of $500 in statutory damages for each violation of the TCPA. In addition, if the court finds that the Defendants willfully or knowingly violated the TCPA, the Court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under 47 U.S.C. § 227(b)(3)

On September 15, 2015, the Defendant was served with the foregoing First Amended Complaint and Summons.

On December 9, 2015, Plaintiff filed Plaintiff's Request To Enter Default Against Defendant TeleQuery.Net, Inc. and Declaration of Charles A. Jones *ISO*

Plaintiff's Request To Enter Default Against Defendant TeleQuery.Net, Inc. See Docket Numbers 25 and 25-1.

To date no appearance has been made in this action on behalf of the Defendant.

## II.    REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

Due to the fact that the Defendant has not appeared in this action nor answered the First Amended Complaint and Plaintiff has filed a Request to Enter Default Against Defendant TeleQuery.Net, Inc., Plaintiff respectfully requests that the Case Management Conference currently set for December 18, 2015, be continued for 60(sixty) days. This will allow Plaintiff sufficient time to both obtain a default against defendant and also move for the entry of a default judgment.

Dated: December 11, 2015         Respectfully Submitted,

**JONES LAW FIRM**

  s/ Charles A. Jones
Charles A. Jones, Esq.
Attorneys for Plaintiff



IT IS SO ORDERED
Judge Charles R. Breyer

## CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 9585 Prototype Court, Suite B, Reno, Nevada, 89521.

On December 11, 2015, I served the foregoing documents describes as:

1. REQUEST FOR A CONTINUANCE OF CURRENT CASE MANAGEMENT CONFERENCE.

on all interested parties in this action addressed to the addresses as follows:

Registered Agent for TeleQuery.Net, Inc.

Delaware Business Incorporations, Inc.

3422 Old Capitol TRL STE 700

Wilmington, DE 19808

(X) **VIA FEDERAL EXPRESS-OVERNIGHT**

I declare under penalty of perjury under the laws of the State of Nevada that the above is true and correct.

Executed on December 11, 2015 at Reno, Nevada.

_/s/ Nikki Coverston_
Nikki Coverston