**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                          General Court Number
Clerk                                                                                                                       415.522.2000

December 22, 2015


RE:  CV 15-02243 CRB        MICHAEL RIGHETTI-v- TELEQUERY.NET, INC


Default is **entered** as to defendant Telequery.Net, Inc. on December 22, 2015.



                                                    RICHARD W. WIEKING, Clerk

                                                    by: Sheila Rash
                                                    Case Systems Administrator




NDC TR-4  Rev. 3/89