**CHARLES A. JONES ESQ. {SBN 224915}**
**KELLY MCINERNEY ESQ. {SBN 200017}**
**JONES LAW FIRM**
9585 Prototype Court, Suite B
Reno, Nevada 89521
Telephone:  (775) 853-6440
Facsimile:   (775) 853-6445
caj@cjoneslawfirm.com
kelly@cjoneslawfirm.com

Attorneys for Plaintiff, individually, and on behalf of others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIGHETTI, on behalf of herself and all similarly situated persons, <br><br> Plaintiff, <br><br> vs. <br><br> TeleQuery.Net, Inc. and Jerome Gilels <br><br> Defendants | Case No.: 3:15-cv-02243-CRB <br> Dept. No.  6 <br><br> [PROPOSED] DEFAULT JUDGMENT |

1

Plaintiff's Application for a Default Judgment by the Clerk of the Court against Defendant TeleQuery.Net, Inc. ("Defendant") was filed and served on February 4, 2016. (See, Docket Number 30.)  Defendant has failed to oppose or otherwise respond to Plaintiff's Application for Default Judgment.  The Clerk entered Default against Defendant on December 22, 2015. (Docket Number 29.)  Pursuant to Federal Rule of Civil Procedure 55(b)(1), Judgment is hereby entered in favor of Plaintiff Michael Righetti and against Defendant TeleQuery.Net in the amount of $1,160.46.

Dated:  April __7__, 2016

*Susan Y. Soong*, Clerk of Court

_____
Deputy Clerk of the United States District Court of the Northern District of California

2