**CHARLES A. JONES ESQ. {SBN 224915}**
**KELLY MCINERNEY ESQ. {SBN 200017}**
**JONES LAW FIRM**
9585 Prototype Court, Suite B
Reno, Nevada 89521
Telephone:  (775) 853-6440
Facsimile:  (775) 853-6445
caj@cjoneslawfirm.com
kelly@cjoneslawfirm.com

Attorneys for Plaintiff, individually, and on behalf of others similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIGHETTI, on behalf of herself and all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>TeleQuery.Net, Inc. and Jerome Gilels<br><br>Defendants | Case No.: 3:15-cv-02243-CRB<br>Dept. No.  6<br><br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a) |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 14(a)

NOTICE IS HEEBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action against all Defendants without Prejudice.

Dated: April 18, 2016

Respectfully Submitted,

JONES LAW FIRM


/S/ Charles A. Jones

Charles A. Jones, Esq.
Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 14(a)

## CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 9585 Prototype Court, Suite B, Reno, Nevada, 89521.

On April 18, 2016, I served the foregoing documents describes as:

1.    NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41 (a).

on all interested parties in this action addressed to the addresses as follows:

Registered Agent for TeleQuery.Net, Inc.
Delaware Business Incorporations, Inc.
3422 Old Capitol TRL STE 700
Wilmington, DE 19808

(X)    **VIA U.S. MAIL:** I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such envelopes would be deposited with the U.S. postal service on Monday, April 18, 2016, with postage thereon fully paid, at Reno, Nevada.

I declare under penalty of perjury under the laws of the State of Nevada that the above is true and correct.

Executed on February 18, 2016, at Reno, Nevada.

Nikki Coverston

1

CERTIFICATE OF SERVICE